# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
United States Magistrate Judge

January 28, 2020

## SCHEDULING NOTICE

The matter of <u>Canopius US Insurance, Inc. v. Five Brothers Realty Holdings Corp., et al</u>, 19-cv-6840 (KMK) (LMS), has been scheduled for an in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Tuesday, February 25, 2020, at 11:00 AM**, in Courtroom 520.

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: /s/ Lisa Margaret Smith  
Hon. Lisa Margaret Smith  
U.S.M.J.