**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                                                          February 3, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## RE-SCHEDULING NOTICE

The matter of <u>Canopius US Insurance, Inc. v. Five Brothers Realty Holdings Corp.</u>, et al., 19-cv-6840 (NSR) (LMS), has been *re-scheduled* from an in-person status conference on Tuesday, February 25, 2020, at 11:00 AM, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to an in-person status conference on **Friday, February 28, 2020, at 11:00 AM, in Courtroom 520.**

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *Lisa Margaret Smith*
Hon. Lisa Margaret Smith
U.S.M.J.