

# FP FLEISCHNER POTASH LLP

**MEMO ENDORSED**

August 07, 2020

**Electronic Filing Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Canopius US Insurance, Inc. v. Five Brothers Realty Holding Corp., et al.
7:19-cv-06840-KMK-LMS
Our File No.: 446-21825L

Honorable Sir:

We represent plaintiff in the above matter, but we write on behalf of both plaintiff and defendant.

During a telephone status conference on July 29, 2020 with Magistrate Lisa Margaret Smith, the parties advised Magistrate Smith that we have agreed to participate in the Court's mediation program. Magistrate Smith indicated that, in light of this development, she would email Your Honor and recommend that discovery be stayed pending the mediation. Magistrate Smith also stated that the parties should write to Your Honor to request such a stay, which we hereby respectfully request.

The Court's current extension of discovery deadlines was granted by Order entered on July 13, 2020. Those deadlines include completion of fact discovery by August 27, 2020; completion of deposition(s) of plaintiff's expert(s) by September 30, 2020; and completion of deposition(s) of defendant's expert(s) by October 20, 2020. We respectfully request that discovery be stayed and pending the outcome of the mediation, the parties request leave to file a revised Scheduling Order.

The parties thank the Court for its courtesy and attention to this matter.

Respectfully,

FLEISCHNER POTASH LLP

*William M. Billings*
William M. Billings
wbillings@fp.law

WMB/lfb

cc: Samantha M. Oliveira, Esq.
Hon. Lisa Margaret Smith, Justice
(VIA ECF)

Granted. The case is stayed for 60 days. The Parties are to submit a revised case management plan in 60 days.

So Ordered.

/s/ Kenneth M. Karas
8/10/20

---

303 OLD TARRYTOWN ROAD, WHITE PLAINS, NY 10603  |  646.520.4200  |  WWW.FP.LAW